WD|WA # MJ11-5098

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

MICHAEL S. HARMON,

WARRANT FOR ARREST

CASE NUMBER: 11-CR109

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MICHAEL S. HARMON and bring him forthwith to the nearest magistrate to answer an indictment charging him with knowingly and intentionally conspiring to posses with the intent to distribute and distribute 1,000 kilograms or more of a mixture and substance containing marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846, and Title 18, United States Code, Section 2.

JON W. SANFILLIPO
Name of Judicial Officer

Clerk of Court
Title of Issuing Officer

_____
Signature of Issuing Officer

May 17th 2011, at Milwaukee, WI
Date and Location

_(signature)_
(By) Deputy Clerk

Bail fixed at $_____ by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Tacoma, WA |
| DATE RECEIVED: 05/18/11 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST: 05/24/11 | DUSM Polson | _(signature)_ |

AO 442 (Rev. 5/85) Warrant for Arrest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

2011 MAY 17 P 4:58

JON W. SANFILIPPO
CLERK

UNITED STATES OF AMERICA,

Plaintiff

v.

Case No. **11-CR109**

[Title 21, U.S.C. §§ 841(a)(1), 841(b)(1)(A) & 846, and Title 18, U.S.C. §§ 2, 981(a)(1)(C), 982(a)(1), 1952(a)(3), 1955, and Title 28, U.S.C. § 2461(c)]

HOA Q. NGUYEN,
VU Q. NGUYEN,
AN N. NGUYEN,
HUY HAN,
THANH K. LAI,
JOHN NGUYEN,

PHUC K. TRAN,
SAM V. HUYNH,
HIEN TRAN,
QUAN C. HOAC,
MICHAEL S. HARMON,

HOANG P. NGUYEN,
TIEN D. NGUYEN,
RENO A. NGUYEN,
SOURIDETH JOE CHANSOMPHOU,
TU C. LY,
BINH J. NGUYEN,
JIMMY D. HO,
TONY V. TRAN,
KHANH N. LAM,

LAURA T. PHAN, and
KEVIN S. HO,

Defendants.

**SEALED**

**INDICTMENT**

## COUNT ONE

**THE GRAND JURY CHARGES:**

Beginning sometime in 2008, and continuing until May 17, 2011, in the State and Eastern District of Wisconsin, and elsewhere,

| | |
|---|---|
| HOA Q. NGUYEN, | HIEN TRAN, |
| VU Q. NGUYEN, | QUAN C. HOAC, |
| AN N. NGUYEN, | MICHAEL S. HARMON, |
| HUY HAN, | HOANG P. NGUYEN, |
| THANH K. LAI, | TIEN D. NGUYEN, |
| JOHN NGUYEN, | RENO A. NGUYEN, |
| | SOURIDETH JOE CHANSOMPHOU, |
| PHUC K. TRAN, | and |
| SAM V. HUYNH, | TU C. LY |

knowingly and intentionally conspired with others known and unknown to the grand jury, including DUC T. NGUYEN and DREW J. YIM, to posses with the intent to distribute and distribute 1,000 kilograms or more of a mixture and substance containing marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846, and Title 18, United States Code, Section 2.

## COUNT TWO

### THE GRAND JURY FURTHER CHARGES:

1. Beginning sometime in October 2010, and continuing until May 17, 2011, in State and Eastern District of Wisconsin, and elsewhere,

| | |
|---|---|
| HOA Q. NGUYEN, | BINH J. NGUYEN, |
| VU Q. NGUYEN, | TONY V. TRAN, |
| AN N. NGUYEN, | KHANH N. LAM, |
| HUY HAN, |  |
| THANH K. LAI, | LAURA T. PHAN, and |
| HOANG P. NGUYEN, | KEVIN S. HO |
| TU C. LY, | |

did conduct, finance, manage, supervise, direct, and own all or part of an illegal gambling business, to wit a sports betting business that violated the laws of the State of Wisconsin, including, Wisconsin Statutes § 945.02 (Gambling) and § 945.03 (Commercial gambling).

2. The alleged gambling business involved five or more persons who conducted, financed, managed, supervised, directed, and owned all or part of the business, and the business remained in substantially continuous operation for a period in excess of thirty days.

All in violation of Title 18, United States Code, Section 1955.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES:**

1. On or about December 16, 2010, in the State and Eastern District of Wisconsin and elsewhere,

### QUAN C. HOAC

did knowingly and intentionally travel in interstate commerce with the intent to carry on and facilitate the carrying on of an unlawful activity, namely, distribution of marijuana in violation of Title 21, United States Code, Section 841(a)(1).

2. In particular, **QUAN C. HOAC** transported $199,940.00 worth of proceeds from marijuana distribution from Milwaukee, Wisconsin to Minnesota.

All in violation of Title 18, United States Code, Sections 2 and 1952(a)(3).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES:**

1. On or about January 13, 2011, in the State and Eastern District of Wisconsin and elsewhere,

**JIMMY D. HO**

did knowingly and intentionally travel in interstate commerce with the intent to carry on and facilitate the carrying on of an unlawful activity, namely, an Illegal Gambling Business in violation of Title 18, United States Code, Section 1955.

2. In particular, JIMMY D. HO transported $128,000.00 worth of proceeds from the illegal gambling business from Milwaukee, Wisconsin to the Chicago, Illinois area.

All in violation of Title 18, United States Code, Sections 2 and 1952(a)(3).

## FORFEITURE NOTICE

1.  Upon conviction of the controlled substance offense alleged in Count One of this Indictment, the defendants shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

    a.  A personal money judgment in the amount of $1,000,000, an amount representing the unseized proceeds of the violation charged in Count One, and funds used to facilitate the violations; and

    b.  Approximately $199,940 in United States currency seized from QUAN C. HOAC on December 16, 2010.

2.  Upon conviction of an offense in violation of Title 18, United States Code, Sections 1952 and 1955, the defendants shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses and, pursuant to Title 18, United States Code, Section 1955(d) and Title 28, United States Code, Section 2461(c), any property, including money, used in violation of the offense. The property to be forfeited includes, but is not limited to, the following:

    a.  Approximately $199,940 in United States currency seized from QUAN C. HOAC on December 16, 2010; and

    b.  Approximately $128,000 in United States currency seized from JIMMY D. HO on January 13, 2011.

3.  If any of the property described above, as a result of any act or omission by the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

FOREPERSON

Dated: 5/17/11

JAMES L. SANTELLE
United States Attorney